AO 450 (Rev 5/85) Judgment in a Civil Case

# United States District Court

### District of Utah

Ruben Roybal

Plaintiff

v.

State of Utah et al.

Defendant

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:18-cv-471-CW

IT IS ORDERED AND ADJUDGED

that Plaintiff's action is dismissed without prejudice for failure to state a claim.

September 20, 2018

*Date*

BY THE COURT:

_Clark Waddoups_ (signature)

Clark Waddoups
United States District Judge